AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOAQUIM VERGILIO BARBOSA-NETO

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1684-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about   May through August of 2003   in   Middlesex   county, in the District of   Massachusetts   defendant(s) did, (Track Statutory Language of Offense) knowingly transfer identification documents knowing such to have been produced without lawful authority

in violation of Title   18   United States Code, Section(s)   1028(a)(2)   .

I further state that I am a(x)   Special Agent   and that this complaint is based on the following
Official Title
facts:

See attached affidavit incorporated as part herein

Continued on the attached sheet and made a part hereof:    [x] Yes    [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

2-26-04                                    at         BOSTON, MASSACHUSETTS
Date                                                  City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE              _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.