AO 455 (Rev. 5/85) Waiver of Indictment

FILED IN OPEN COURT
6/21/04

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JOAQUIM BARBOSA-NETO

WAIVER OF INDICTMENT

CASE NUMBER: 04-10163-RGS

I, Joaquim Barbosa-Neto, the above named defendant, who is accused of use and possession of fraudulent identification documents

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 06-21-2004 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

Defendant

Counsel for Defendant

Before Richard G. Stearns
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.