UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>                      )<br>    v.                    )   CRIMINAL NO. 04-10163-RGS<br>                      )<br>JOAQUIM BARBOSA-NETO,  )<br>        Defendant.  ) | |

**MOTION AND BRIEF OF THE UNITED STATES
FOR ISSUANCE OF A PRELIMINARY ORDER OF FORFEITURE**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court issue a Preliminary Order of Forfeiture in the above-captioned case pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982. In support thereof, the United States sets forth the following:

    1.   On or about May 25, 2004, a One-Count Information was filed with the District Court of Massachusetts charging the defendant, Joaquim Barbosa-Neto (the "Defendant" or "Barbosa-Neto"), with Transfer of Fraudulent Identification Documents, in violation of 18 U.S.C. § 1546(a). The Information also included a Forfeiture Allegation, charging the Defendant with Criminal Forfeiture, pursuant to 18 U.S.C. § 982(a)(6).

    2.   The Forfeiture Allegation of the Information sought the forfeiture, as a result of the offenses alleged in Count One, of any and all property, that constitutes, or is derived from, or is

traceable to, the proceeds obtained, directly or indirectly, from the commission of the offense or that is used to facilitate, or is intended to be used to facilitate, the commission of the offense, including, but not limited to, the following:

    (a)   $7,000.00 in United States Currency, seized from 196 Stackpole Street, Apt. #6, Lowell, MA, on or about March 5, 2004.

3.   Further, and in accordance with the Information, if the above-referenced property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(2).

4.   On or about June 21, 2004, the Defendant entered a plea of guilty to Count One of the Information.

5.   On or about August 24, 2004, the Defendant was sentenced to ten (10) months incarceration and was ordered by the District Court to forfeit $1,060 in United States Currency (the "Currency"). The remaining balance of the $7,000.00 that was initially seized on March 5, 2004, was ordered returned to the

Defendant via his attorney.

6.   By virtue of the Defendant's guilty plea and the order of this Court, and pursuant to 21 U.S.C. § 853(a), as incorporated by 18 U.S.C. § 982, and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Currency, or substitute assets of the Defendant's up to the value of the Currency, that is, $1,060.  See Rule 32.2(b)(2); 21 U.S.C. § 853(p); United States v. Candelaria-Silva, 166 F.3d 19, 41 (1st Cir. 1999).

7.   Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the Currency and will publish notice in a newspaper of general circulation of the Court's Order and of the United States' intent to dispose of the Currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982.

WHEREFORE, the United States respectfully moves that this Court enter a Preliminary Order of Forfeiture in the form submitted herewith.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney,

        /s/ Jennifer H. Zacks
        NADINE PELLEGRINI
        JENNIFER H. ZACKS
        Assistant U.S. Attorneys
        United States Courthouse
        Suite 9200
        1 Courthouse Way
        Boston, MA 02210
Date: 10/4/04        (617) 748-3100

## CERTIFICATE OF SERVICE

I certify that I have served a true copy of the foregoing upon Timothy G. Watkins, Esquire, Federal Defender's Office, 408 Atlantic Avenue, Third Floor, Suite 328, Boston, Massachusetts, 02210, as counsel for Defendant Joaquim Barbosa-Neto, by first class mail, postage prepaid.

        /a/ Jennifer H. Zacks
        _____
        Jennifer H. Zacks
        Assistant U.S. Attorney

Dated: 10/4/04