UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>                        )<br>v.                     )<br>                        )<br>JOAQUIM BARBOSA-NETO,  )<br>        Defendant.  ) | CRIMINAL NO. 04-10163-RGS |

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant to the provisions of Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982, and Federal Rule of Criminal Procedure 32.2. In support thereof, the United States sets forth the following:

1. On or about May 25, 2004, a One Count Information was filed with the District Court of Massachusetts charging the defendant, Joaquim Barbosa-Neto (the "Defendant" or "Barbosa-Neto"), with Transfer of Fraudulent Identification Documents, in violation of 18 U.S.C. §1546(a). The Information also included a Forfeiture Allegation, charging the Defendant with Criminal Forfeiture, pursuant to 18 U.S.C. §982(a)(6).

2. The Forfeiture Allegation of the Information sought the forfeiture, as a result of the offenses alleged in Count One, of any and all property, that constitutes, or is derived from, or is

traceable to, the proceeds obtained, directly or indirectly, from the commission of the offense or that is used to facilitate, or is intended to be used to facilitate, the commission of the offense, including, but not limited to, the following:

    (a)   $7,000.00 in United States Currency, seized from 196 Stackpole Street, Apt. #6, Lowell, MA, on or about March 5, 2004.

3. On or about June 21, 2004, the Defendant entered a plea of guilty to Count One of the Information.

4. On or about August 24, 2004, the Defendant was sentenced to ten (10) months incarceration and was ordered by the District Court to forfeit $1,060.00 in United States Currency (the "Defendant Currency"). The remaining balance of the $7,000.00 that was initially seized on March 5, 2004, was ordered returned to the Defendant via his attorney.

5. On or about October 14, 2004, this Court issued a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. §§853(a) and (p), as incorporated by 18 U.S.C. §982, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interests in the Defendant Currency.

6. On or about November 10, 2004, November 17, 2004, and November 24, 2004, a Notice of Order of Forfeiture was published in the Boston Herald Newspaper pursuant to 21 U.S.C. §853(n), as incorporated by 18 U.S.C. §982 (see Exhibit A attached hereto).

7. To date, no other claims of interest in the Defendant

2

Currency have been filed with the Court and the time within which to do so has expired.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture against the Defendant Currency. A Proposed Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ Nadine Pellegrini

NADINE PELLEGRINI
JENNIFER H. ZACKS
Assistant U.S. Attorneys
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Date: 5/5/05

**CERTIFICATE OF SERVICE**

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Final Order of Forfeiture and proposed Final Order of Forfeiture was served upon Timothy G. Watkins, Esquire, Federal Defender's Office, 408 Atlantic Avenue, Third Floor, Suite 328, Boston, Massachusetts, 02210, as counsel for Defendant Joaquim Barbosa-Neto, by first class mail, postage prepaid.

/s/ Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: 5/5/05

3



## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10163-RGS |
|---|---|
| DEFENDANT<br>JOAQUIM BARBOSA-NETO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

KBW x3364

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Oct 27, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service   Time of Service  [ ] AM [ ] PM<br><br>Please see Remarks below.<br><br>Signature, Title and Treasury Agency   Dec. 27, 2004<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Protection |
| REMARKS:<br><br>Notice of Order of Forfeiture was published in the Boston Herald newspaper on Nov. 10, 17 and 24, 2004. Copy of Publisher's Certificate attached. | |

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE

**GOVERNMENT EXHIBIT A**

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this _7th_ day of _December_ A.D. 20 _04_ personally appeared before the undersigned, a Notary Public, within and for the said county, _Madeleine M. Sheehan_

of the _Boston Herald_, a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

_____ advertisement was published in said newspaper in its issues of

_November 10, 17, 24_ A.D. 20 _04_

_Madeleine M. Sheehan_

Subscribed and sworn to before me this _8th_ day of _December_ A.D. 20 _04_

_Valerie Delano_
Notary Public

**NOTICE OF ORDER OF FORFEITURE**
Criminal No. 04-10163-RGS

United States of America, District of Massachusetts, at Boston, Massachusetts, October 19, 2004.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the Interests of Defendant Joaquim Barbosa Neto in the following currency, pursuant to Title 21, United States Code, Section 853:

* $1,060.00 in United States Currency, seized from 196 Stackpole Street, Apt. #6, Lowell, MA on or about March 5, 2004 (the "Defendant Currency").

Pursuant to 21 U.S.C. s853(n)(2) and (3), any person, other than the Defendant, having or claiming to have a legal interest in the above-described Defendant Currency may, within thirty (30) days of the final publication of notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Defendant Currency. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. s853(n). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Defendant Currency, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Defendant Currency, any additional facts supporting the petitioner's claim and the relief sought. Upon adjudication of all third party interests, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. s853, in which all such interests will be addressed.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY
BUREAU OF CUSTOMS
AND BORDER PROTECTION
DISTRICT OF MASSACHUSETTS
PORT DIRECTOR

Ref: 2004-0401-000101-01
Nov 10, 17, 24



VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011