```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10163-RGS |
| ) | |
| JOAQUIM BARBOSA-NETO, ) | |
|        Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

**STEARNS, D.J.,**

WHEREAS, on or about May 25, 2004, a One Count Information was filed with the District Court of Massachusetts charging the defendant, Joaquim Barbosa-Neto (the "Defendant" or "Barbosa-Neto"), with Transfer of Fraudulent Identification Documents, in violation of 18 U.S.C. §1546(a);

AND WHEREAS, the Information also included a Forfeiture Allegation, charging the Defendant with Criminal Forfeiture, pursuant to 18 U.S.C. §982(a)(6);

AND WHEREAS, the Forfeiture Allegation of the Information sought the forfeiture, as a result of the offenses alleged in Count One, of any and all property, that constitutes, or is derived from, or is traceable to, the proceeds obtained, directly or indirectly, from the commission of the offense or that is used to facilitate, or is intended to be used to facilitate, the commission of the offense, including, but not limited to, the following:

    (a)    $7,000.00 in United States Currency, seized from 196 Stackpole Street, Apt. #6, Lowell, MA, on or about March 5, 2004;

AND WHEREAS, on or about June 21, 2004, the Defendant entered

a plea of guilty to Count One of the Information;

AND WHEREAS, on or about August 24, 2004, the Defendant was sentenced to ten (10) months incarceration and was ordered by the District Court to forfeit $1,060.00 in United States Currency (the "Defendant Currency"), of the $7,000.00 in United States Currency that was seized on or about March 5, 2004, and the remaining balance, $5,940.00 in U.S. Currency, was ordered returned to the Defendant via his attorney;

AND WHEREAS, on or about October 14, 2004, this Court issued a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. §§853(a) and (p), as incorporated by 18 U.S.C. §982, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interests in the Defendant Currency;

AND WHEREAS, on or about November 10, 2004, November 17, 2004, and November 24, 2004, a Notice of Order of Forfeiture was published in the Boston Herald Newspaper pursuant to 21 U.S.C. §853(n), as incorporated by 18 U.S.C. §982;

AND WHEREAS, to date, no other claims of interest in the Defendant Currency have been filed with the Court and the time within which to do so has expired;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.   The United States' Motion for a Final Order of Forfeiture is allowed.

2.   The United States of America is now entitled to the

forfeiture of all right, title or interest in the Defendant Currency and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. §853, as incorporated by 18 U.S.C. §982.

3. Any parties having any right, title or interest in the Defendant Currency are hereby held in default.

4. The United States Customs Service is hereby authorized to dispose of the Defendant Currency in accordance with applicable law.

DONE AND ORDERED in Boston [~~Springfield~~], Massachusetts, this 6th day of May, 2005.

Dated:

RICHARD G. STEARNS
United States District Judge

3